# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

290 Federal Plaza
Central Islip, NY 11722

---

IN RE:

Ronald Greenberg

Debtor

Case No. 22-71752-las
Chapter 7

---

## REQUEST FOR JUDICIAL DETERMINATION
## CONCERNING DISMISSAL PURSUANT TO 11 U.S.C. § 521(i)

The Clerk's Office requests the Court to determine whether this case should be dismissed pursuant to 11 U.S.C. § 521(i). The following deficiencies under 11 U.S.C. § 521(a)(1) are noted:

- ☐ Notice to Individual Debtor with Primarily Consumer Debts under 11 U.S.C. § 342(b) (Official Form 2010)
- ☑ Schedule A/B (Property) (Official Form 106A/B)
- ☑ Schedule D (Creditors Who Have Claims Secured By Property) (Official Form 106D)
- ☑ Schedule E/F (Creditors Who Have Unsecured Claims) (Official Form 106E/F)
- ☐ Schedule I (Your Income) (Official Form 106I)
- ☐ Schedule J (Your Expenses) (Official Form 106J)
- ☐ Schedule J-2 (Expenses for Separate Household of Debtor 2) (Official Form 106J-2) (*if applicable*)
- ☑ Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)
- ☑ Chapter 7 Statement of Your Current Monthly Income and Means-Test Calculation (Official Form 122A-1)
- ☐ Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp)
- ☑ Copies of Pay Statements received within 60 days of filing from any employer or a statement indicating this requirement is not applicable

**NOW, THEREFORE, IT IS HEREBY ORDERED, THAT**

- ☑ The Clerk's Office is directed to dismiss this case pursuant to 11 U.S.C. § 521(i)(1).
- ☐ The Clerk's Office is directed not to dismiss this case pursuant to 11 U.S.C. § 521(i)(1) for the following reasons:

_____

_____



**Dated: August 30, 2022**
**Central Islip, New York**

**Louis A. Scarcella**
**United States Bankruptcy Judge**