| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Ronald Greenberg<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–1509<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: Eastern District of New York | Date case filed for chapter: 7  7/14/22 | |
| Case number: 8–22–71752–las | | |

# NOTICE OF AUTOMATIC DISMISSAL OF CASE
# UNDER BANKRUPTCY CODE § 521 (i)(1)

**NOTICE IS HEREBY GIVEN THAT:**

1) This case was filed on July 14, 2022, with deficiencies.

2) A Notice of Deficiency Filing was sent on July 14, 2022, informing the debtor(s), among other things, that there were outstanding statements, schedules and/or lists to be filed or the case may be subject to automatic dismissal under § 521(i)(1) of the Bankruptcy Code.

3) A Final Notice of Section 521 Deficiencies was sent on August 15, 2022, notifying the debtor(s) that certain documents remained outstanding and in the absence of those documents being filed, the case would be dismissed under § 521(i)(1) of the Bankruptcy Code.

4) As of this date, some or all of the required documents have not been filed with the Clerk of the Court.

Under § 521(i)(1), the above captioned case is dismissed effective on the 46th day after the date of the filing of the petition.

Notice is further given that if there are any outstanding filing fees due, it must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: August 30, 2022

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod521.jsp** [Notice of Dismissal rev. 05/14/19]