# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 8/30/2022 |
| Case: 8−22−71752−las | Form ID: 274 | Total: 9 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Ronald Greenberg | 86 Sugar Maple Drive | Roslyn, NY 11576 | | |
| tr | Richard L Stern | Richard L. Stern Law, PLLC | 38 New Street | Huntington, NY 11743 | |
| aty | Richard L Stern | Richard L. Stern Law, PLLC | 38 New Street | Huntington, NY 11743 | |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit | PO Box 5300 | Albany, NY 12205 | |
| smg | NYS Unemployment Insurance | Attn: Isolvency Unit | Bldg. #12, Room 256 | Albany, NY 12240 | |
| smg | NYC Department of Finance | 345 Adams Street | Office of Legal Affairs | Brooklyn, NY 11201−3719 | |
| smg | United States Trustee | Office of the United States Trustee | Long Island Federal Courthouse | 560 Federal Plaza | Central Islip, NY 11722−4437 |
| 10091861 | Friedman Vartolo, LLP | 1325 Franklin Ave | Suite 160 | Garden City, NY 11530 | |
| 10104994 | SN Servicing Corporation as servicer for U.S. Bank | Friedman Vartolo LLP | 1325 Franklin Avenue, Suite 160 | Garden City, NY 11530 | |

TOTAL: 9