| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Ronald Greenberg | Social Security number or ITIN: xxx–xx–1509 |
| | First Name  Middle Name  Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _ EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: Eastern District of New York | | Date case filed for chapter: 7  7/14/22 |
| Case number: 8–22–71752–las | | |

# ORDER TO CLOSE AUTOMATICALLY DISMISSED CASE

The above−captioned case was automatically dismissed under § 521(i)(l).

**IT IS ORDERED THAT:**

    Richard L Stern (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

    The Chapter 7 case of the above−named debtor(s) is closed.

s/ Louis A. Scarcella<br>
United States Bankruptcy Judge

Dated: September 14, 2022

**BLocldsmcs.jsp** [Order to Close Automatically Dismissed Case rev. 02/01/17]